*E-Filed 12/21/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUTH ANN MEYER, et al., | No. C 11-06382 RS |
| Plaintiffs, | **RECUSAL ORDER** |
| v. | |
| GENERAL ELECTRIC COMPANY, | |
| Defendant. | |

    I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 12/21/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE